UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Madalyn Barton Fischer</u>

    v.                                              Civil No. 12-cv-146-PB

<u>Aaron Firman et al.</u>[1]

**O R D E R**

Before the court is a motion for the appointment of counsel (doc. no. 3) filed by in forma pauperis, pro se plaintiff Madalyn Fischer. Plaintiff asserts that she cannot afford counsel, and that she has been told that she needs a lawyer who is admitted to practice in both the United States and Canada to represent her on her claims. In a report and recommendation issued on this date, this magistrate judge has recommended that this action be dismissed without prejudice because plaintiff has failed to show that the court has subject matter jurisdiction over her claims. The court, therefore, denies the motion for appointment of counsel as moot, without prejudice to plaintiff's

---

[1]Defendants are the plaintiff's son-in-law Aaron Firman, her daughter Kelly Barton Firman, and the First National Bank of Canada.

ability to renew the motion if the report and recommendation is not accepted.

    SO ORDERED.

                                                                            _____
Landya McCafferty
United States Magistrate Judge

June 19, 2012

cc: Madalyn Fischer, pro se

LBM:nmd