UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Madalyn Barton Fischer**

    v.                                        Case No. 12-cv-146-PB

**Aaron Firman, et al.**

**O R D E R**

    The motion to amend (Doc. No. 11) is denied because it does not correct the defect identified in the Magistrate Judge's Report and Recommendation (Doc. No. 6). The Report and Recommendation is approved. The motion to transfer (Doc. No. 4) is denied and the case is dismissed without prejudice for the reasons set forth in the Report and Recommendation.

    SO ORDERED.

                                                  /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

July 16, 2012

cc:   Madalyn Barton Fischer, pro se